# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ELIZABETH GIRARD**                                                                    **PLAINTIFF**

**VS.**                         **CASE NO. 3:22-CV-00322 ERE**

**KILOLO KIJAKAZI**                                                                    **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 15)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 5th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE