# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ELIZABETH GIRARD**                                                                  **PLAINTIFF**

v.                                        No. 3:22-cv-00322-BSM-ERE

**COMMISIONER OF SOCIAL SECURITY**                              **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Elizabeth Girard's unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). *Doc. 18.* Plaintiff's attorney requests a total award of **$2,993.55.** Plaintiff is entitled to an award of attorney's fees under the EAJA, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees, *Doc. 18*, is GRANTED. Plaintiff is awarded **$2,993.55** in attorney's fees under the EAJA.[1]

IT IS SO ORDERED 20 June 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.